UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),        CASE NO. 08-20375

v.

        HONORABLE AVERN COHN

D-1, NICOLE RIGGS,

        Defendant(s).
_____/

**ORDER DENYING MOTION TO CHANGE METHOD BY WHICH BALANCE OF SENTENCE IS TO BE SERVED**

On September 24, 2010 defendant was sentenced to a custody term of 24 months. Defendant has moved to have the balance of her sentence be served by home confinement or within a halfway house setting. The motion is DENIED. The Court has no authority regarding the manner in which defendant is to serve her sentence.

SO ORDERED.

Dated: December 14, 2011        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Nicole Riggs, Register No. 48884-039, USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, WV 26525 and counsel of record on this date, December 14, 2011, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160